***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted June 10, affirmed July 27, petition for review denied October 20,
2022 (370 Or 404)

In the Matter of S. I. M.,
aka S. M., aka S. L. M., a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. L. D.,
aka S. L. M., fka S. L. M., fka S. L. G.,
*Appellant.*

Clackamas County Circuit Court
20JU05665; A176832

Todd L. Van Rysselberghe, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Holly Telerant, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

MOONEY, J.

Affirmed. *Dept. of Human Services v. S. L. M.*, 321 Or App 111 (2022) (nonprecedential memorandum opinion).